**FILED & ENTERED**

SEP 11 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Aryabhata Group LLC,<br><br>Debtor(s). | Case No.: 8:25-bk-12554-SC<br><br>CHAPTER 11<br><br>**ORDER SUA SPONTE GRANTING RELIEF FROM THE AUTOMATIC STAY RE: 106 WEST PENNSYLVANIA AVENUE, REDLANDS, CA 92374-2249** |

Finding good cause, the Court hereby *sua sponte* grants relief from the automatic stay to Preferred Bank with respect to real property located at 106 West Pennsylvania Avenue, Redlands, CA 92374-2249 (the "Property").

On September 11, 2025 [Dk. 22], the Court entered an Order Granting Relief from the Automatic Stay Under 11 U.S.C. § 362 (Real property) in the Involuntary Chapter 11 Case, Tesoro Redlands DE, LLC, Case No. 8:25-bk-12319-SC (the "First Involuntary Case"), with respect to the Property. Pursuant to that order, following a contested hearing held the same day, this Court granted the Motion for Relief from Automatic Stay [Dk. 6] filed by Preferred Bank in the First Involuntary Case. That order

includes *in rem* relief as to the Property, which means that no other bankruptcy filing can affect the rights of Preferred Bank to foreclose on the Property. It is apparent to the Court that several minutes after the hearing at 11:00 a.m., in order to escape the *in rem* relief order granting the Motion for Relief From the Automatic Stay, counsel for the Petitioning Creditors filed this involuntary case. This seemingly was an attempt to obtain an automatic stay prior to the entry of the *in rem* relief order in the First Involuntary Case. The filing of this case has no effect on the granting of *in rem* relief with respect to the Property. For clarity, the filing of this involuntary petition does not affect or impair in any way the right of Preferred Bank to foreclose on the property located at 106 West Pennsylvania Avenue, Redlands, CA 92374-2249.

    Accordingly, no automatic stay is in force with respect to the Property and no further bankruptcy petitions filed in any jurisdiction, anywhere in the country, will affect Preferred Bank's foreclosure proceedings on the Property.

**IT IS SO ORDERED.**

Date: September 11, 2025

Scott C. Clarkson
United States Bankruptcy Judge

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER SUA SPONTE GRANTING RELIEF FROM THE AUTOMATIC STAY RE: 106 WEST PENNSYLVANIA AVENUE, REDLANDS, CA 92374-2249** was entered on the date above and will be served in the manner indicated below:

I. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Vierergruppe Management Inc.
1932 E. Deere Avenue
Suite 150
Santa Ana, CA 92705

Specialty DIP LLC
5175 Princess Anne Rd
La Canada, CA 91011

Coastline Loans LLC
215 5th Street
Suite A
Huntington Beach, CA 92648

Aryabhata Group LLC
520 Newport Center Drive
Newport Beach, CA 92660
ORANGE-CA
Tax ID / EIN: 87-1327332

Coastline Santa Monica Investments, LLC
520 Newport Center Dr., #480
Newport Beach, CA 92660

Kotzeff Construction
5062 Vallecito Avenue
Westminster, CA 92683

Tesoro Redlands DE, LLC
520 Newport Center Drive, Ste 480
Newport Beach, CA 92660
ORANGE-CA
Tax ID / EIN: 82-1322764